UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RANDAL LEE THOMPSON,**

   Plaintiff,

v.                                                      No. 4:23-cv-1154-P

**BRIAN PILANT, ET AL.,**

   Defendants.

# ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case, recommending that Plaintiff Randal Lee Thompson be declared a vexatious litigant. ECF No. 7. After reviewing the FCR *de novo*, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the findings and conclusions of the Magistrate Judge are correct, and they are accepted as the findings and conclusions of this Court.

Mr. Thompson, appearing *pro se*, filed the instant case against several Defendants on November 14, 2023. This case appears to be the fifth case Mr. Thompson has filed since May 2021. Mr. Thompson filed one case in 2021, two in 2022, and two in 2023.[1] Of these five cases, one was dismissed because Mr. Thompson "wholly failed to allege plausible claims for relief against Defendant." *Thompson v. Deary, et al.*, 4:22-CV-639-Y, ECF No. 15 at 1. On appeal, the Fifth Circuit granted Appellee's alternative motion to dismiss the appeal as frivolous. *See id.*, ECF No. 30 at 1. In another, the Magistrate Judge recommended that the case be dismissed as frivolous, and the undersigned District Judge accepted the Magistrate Judge's findings and conclusions, dismissing the case. *Thompson v. Bumpas, et al.*, 4:22-cv-00640-P, ECF Nos. 12 at 5; 15 at 2.

---

[1]*See Thompson v. Pruett, et al.*, 4:21-cv-371-SDJ; *Thompson v. Deary, et al.*, 4:22-cv-639-Y; *Thompson v. Bumpas, et al.*, 4:22-cv-640-P; *Thompson v. City of Weatherford Mun., et al.*, 4:23-cv-201-O; *Thompson v. Pilant, et al.*, 4:23-cv-1154-P.

Accordingly, and for the reasons stated in the Magistrate Judge's FCR, the Court finds that Mr. Thompson should be declared a vexatious litigant. The Court **ADOPTS** the reasoning in the Magistrate Judge's FCR (ECF No. 7) and **OVERRULES** Plaintiff's Objections (ECF No. 8).[2] The Court **ORDERS** that Plaintiff Randal Lee Thompson be declared a vexatious litigant and **ORDERS** that Mr. Thompson must seek leave of court by filing a motion before he is permitted to file any additional complaints in this district. Mr. Thompson is warned that monetary sanctions may be imposed for any future vexatious litigation considered to be abusive and harassing in nature.

**SO ORDERED** on this **19th day of January 2024.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATED DISTRICT JUDGE

---

[2] Plaintiff filed a "Petition for Leave to Proceed: 42 USC 1983 Claim," which this Court will generously construe as an Objection to the Magistrate Judge's FCR. ECF No. 8.