UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RANDAL LEE THOMPSON,**

   Plaintiff,

v.                                        **No. 4:23-cv-1154-P**

**BRIAN PILANT, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 14. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice** for failing to comply with the Court's order.

**SO ORDERED** on this **12th day of March 2024.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATED DISTRICT JUDGE